Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC MILLENIUM HILTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

VIRGILIO MARMOLEJO (AND WIFE, OLGA   Index No.: 07-CV-4488
C. RIVERA),

                            Plaintiff(s),           **NOTICE OF ADOPTION OF ANSWER**
                                                    **TO MASTER COMPLAINT**

        -against-                                   **ELECTRONICALLY FILED**

CDL NEW YORK LLC, *et al.*,

                            Defendant(s).
-------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, CDL (NEW YORK) LLC i/s/h/a CDL NEW

YORK LLC MILLENIUM HILTON, by its attorneys, McGIVNEY & KLUGER, P.C., as and

for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint)

Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer

to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade*

*Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK LLC

MILLENIUM HILTON, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
        September 11, 2007

                                          Yours etc.,

                                          McGIVNEY & KLUGER, P.C.
                                          Attorneys for Defendant
                                          CDL (NEW YORK) LLC i/s/h/a CDL NEW YORK
                                          LLC MILLENIUM HILTON

                                          By: _____
                                          Richard E. Leff (RL-2123)
                                          80 Broad Street, 23rd Floor
                                          New York, New York 10004
                                          (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel